**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ALASKA**

| | |
|---|---|
| IN THE MATTER OF THE COMPLAINT OF TIMOTHY C. WILKIE, an Alaska resident, Owner and Operator of the F/V COPASETIC, Number AK6389AK, for exoneration from or limitation of liability,<br><br>Plaintiff. | Case No. 3:11-cv-00205-HRH-JDR<br><br>**ORDER DENYING IN PART AND GRANTING IN PART CLAIMANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME**<br><br>Docket 9 |

Claimants Neil Marolt, Derrick Branson and Brian Olsen, by and through counsel, filed an unopposed request for the court to extend the deadline for the filing of their responsive pleading. The Claimants requested the court allow two weeks beyond notification of a breakdown in settlement negotiations. The court denies this request in part. The court GRANTS the Claimants' request for an extension of time. The Claimants shall have a thirty (30) day extension of time to file their responsive

pleading. Accordingly, the Claimants' responsive pleading(s) shall be due Monday, December 19, 2011. Should the parties need more time for settlement discussions, an application for an additional extension, with specificity, may be made prior to that date.

    IT IS SO ORDERED.

    DATED this __28th__ day of October, 2011, at Anchorage, Alaska.

                                 /s/ John D. Roberts
                               JOHN D. ROBERTS
                               United States Magistrate Judge